**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1151-17T3

DONNA M. SCHNEIDER,

     Plaintiff-Respondent,

v.

CHRISTOPHER SCHNEIDER,

     Defendant-Appellant.

_____

          Submitted January 3, 2019 – Decided January 10, 2019

          Before Judges Gilson and Natali.

          On appeal from Superior Court of New Jersey, Chancery Division, Family Part, Sussex County, Docket No. FM-19-0163-16.

          Paris P. Eliades Law Firm, LLC, attorneys for appellant (Amy F. Gjelsvik, on the brief).

          Gruber, Colabella, Liuzza & Thompson, attorneys for respondent (Natalie L. Thompson, on the brief).

PER CURIAM

The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1151-17T3